**McGLINCHEY STAFFORD**
Brian A. Paino (SBN 251243)
Adam S. Hamburg (SBN 247127)
Sanford P. Shatz (SBN 127229)
18201 Von Karman Avenue, Suite 350
Irvine, California 92612
Telephone:    (949) 381-5900
Facsimile:    (949) 271-4040
Email:    bpaino@mcglinchey.com
    ahamburg@mcglinchey.com
    sshatz@mcglinchey.com

Attorneys for *Plaintiff* CONSOLIDATED RESOURCES, INC.

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>DON ROSE OIL CO., INC., a California corporation,<br><br>    Debtor. | Case No.: 6:19-ap-01160-WJ<br><br>Chapter 7 |
| CONSOLIDATED RESOURCES, INC., a Nevada corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>DRO BARITE, LLC, a Delaware limited liability company; SALLYPORT COMMERCIAL FINANCE, LLC, a Delaware limited liability company; IDEMITSU APOLLO CORPORATION, a New York corporation; HAPPY ROCK MERCHANT SOLUTIONS, LLC, a New Jersey limited liability company; ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN, OR INTEREST IN THE BARITE MINERAL RIGHTS DESCRIBED IN THE COMPLAINT ADVERSE TO CONSOLIDATED RESOURCES, INC.'S TITLE, OR ANY CLOUD UPON CONSOLIDATED RESOURCES, INC.'S TITLE THERETO; and DOES 1 THROUGH 50 INCLUSIVE,<br><br>    Defendants. | **CONSOLIDATED RESOURCES, INC.'S MOTION FOR AN ORDER REMANDING ACTION TO STATE COURT OR ABSTAINING FROM ASSERTING JURISDICTION**<br><br>*Removed from San Bernardino County Superior Court Case No. CIVDS 1931070*<br><br><u>Hearing:</u><br>Date:    December 19, 2019<br>Time:    1:30 p.m.<br>Place:   US. Bankruptcy Court<br>           3420 Twelfth Street<br>           Courtroom 304<br>           Riverside, CA 92501<br><br><u>Filed concurrently with</u>:<br>Notice of Motion<br>Memorandum of Points and Authorities<br>Request for Judicial Notice |

1  *Plaintiff* Consolidated Resources, Inc.'s ("Plaintiff") hereby moves, pursuant to 28 U.S.C. §§ 1452(b) and 1334(c), and Rule 9027(d) of the Federal Rules of Bankruptcy Procedure, for an order remanding this action to state court on the grounds that this Court does not have jurisdiction over the action and, even if it does, the Court should abstain from exercising jurisdiction.

This motion is based on the motion and accompanying Memorandum of Points and Authorities, the request for judicial notice filed concurrently herewith, all other pleadings and papers on file herein, and upon such oral and documentary evidence as may be presented by the parties at the hearing.

DATED:  November 27, 2019

**McGLINCHEY STAFFORD**

By: */s/ Brian A. Paino*
  BRIAN A. PAINO
  ADAM S. HAMBURG
  SANFORD P. SHATZ
Attorneys for *Plaintiff* **CONSOLIDATED RESOURCES, INC.**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

McGlinchey Stafford | 18201 Von Karman Avenue, Suite 350 | Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): _____
____CONSOLIDATED RESOURCES, INC.'S MOTION FOR AN ORDER REMANDING ACTION TO STATE COURT____
____OR ABSTAINING FROM ASSERTING JURISDICTION_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/27/2019_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

  Hagop T Bedoyan    hagop.bedoyan@mccormickbarstow.com, terry.douty@mccormickbarstow.com
  Jamie P Dreher    jdreher@downeybrand.com, mfrazier@downeybrand.com;courtfilings@downeybrand.com
  Lori E Eropkin    leropkin@laklawyers.com, nlessard@laklawyers.com;smcfadden@laklawyers.com
  United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __11/27/2019____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| Honorable Wayne Johnson | T. Scott Belden, Esq. \| Belden, Blaine, Raytis |
| U.S. Bankruptcy Court | 5016 California Avenue, Suite 3 \| Bakersfield, CA 93309 |
| 3420 Twelfth Street, Suite 384 | Attorney for Randell Parker, Chapter 7 Trustee of Bankruptcy Case |
| Riverside, CA 92501-3819 | Don Rose Oil Co., Inc. and Defendant DRO Barite, LLC |

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | | |
|---|---|---|---|
| 11/27/2019 | Carol Rico | | /s/ Carol Rico |
| *Date* | *Printed Name* | | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**